**Connie Edward CLARK, Jr.,
Plaintiff–Appellant,**

v.

**Jane WOODSON; Lisa Edwards; William P. Rogers, Defendants–
Appellees.**

No. 02–7777.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 27, 2003.

Connie Edward Clark, Jr., Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Connie Edward Clark, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Clark v. Woodson*, No. CA–02–810–2 (E.D. Va. filed Nov. 12, 2002; entered Nov. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*